**Electronically Filed
Supreme Court
SCWC-12-0000588
16-JUN-2017
08:17 AM**

SCWC-12-0000588

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

SCOTT YANG, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000588; CR. NO. 10-1-0899)

ORDER DISMISSING MOTION TO CLARIFY SUMMARY DISPOSITION ORDER
(By: Recktenwald, C.J., for the court[1])

Upon review of Petitioner/Defendant-Appellant Scott Yang's "Motion to Clarify Summary Disposition Order, Filed March 20, 2017," filed June 5, 2017, the Summary Disposition Order filed March 20, 2017, and the Judgment on Appeal filed April 24, 2017, this court lacks jurisdiction to consider the motion. See Hawaiʻi Rules of Appellate Procedure Rule 40.

IT IS HEREBY ORDERED that the motion is dismissed.

DATED: Honolulu, Hawaiʻi, June 16, 2017.

/s/ Mark E. Recktenwald

Chief Justice



---

[1] Court: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and Circuit Judge Kuriyama, in place of Wilson, J., recused.